# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DALIA SAHA, M.D.,

                Plaintiff,

      v.

TELADOC HEALTH MEDICAL GROUP, P.A.,
*et. al*,

                Defendants.

Case No. 23-cv-3188 (JMC)

## <u>ORDER</u>

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants Demetrios Themelis, Teladoc Health Medical Group, P.A., and Derek Bennetsen's Motions to Dismiss, ECF 5, 6, 22, are **GRANTED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: September 30, 2025

1